2:50 pm
10/26/05

Paula Balzer,
Plaintiff,
v.
Shaw Pittman LLP and Christine Kearns,
Defendants.

RECEIVED
WILLIAM T. WALSH, CLERK

2005 OCT 27  P 12: 07

UNITED STATES

Civil Action No. 03-5541 (JAP)

## JURY VERDICT SHEET

1. Did Clear Channel agree that, in the event it terminated Balzer without cause before January 1, 2003, it would pay her all compensation that it would have paid if Balzer had remained employed until August 1, 2005?

Yes _____     No ✗

(If the answer is "Yes," go on to question 2. If the answer is "No," cease your deliberations and return your verdict.)

2. Did Ms. Balzer's actions after May 14, 2001 constitute an intervening cause, as the Court has defined it to you in the instructions, so that Ms. Balzer's actions were the only cause of her damages?

Yes _____     No _____

(If the answer is "No," go on to question 3. If the answer is "Yes," cease your deliberations and return your verdict.)

3. Was Ms. Kearns negligent in her representation of Ms. Balzer?

Yes _____     No _____

(If the answer is "Yes," go on to question 4. If the answer is "No," cease your deliberations and return your verdict.)

4. Was Ms. Kearns's negligence the proximate cause of any damages to Ms. Balzer?

Yes _____     No _____

(If the answer is "Yes," go on to question 5. If the answer is "No," cease your deliberations and return your verdict.)

5. What amount of money would reasonably compensate Ms. Balzer for her damages?

_____

2