# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

PAULA BALZER,
    Plaintiff,
vs.

SHAW PITTMAN, LLP
 & CHRISTINE KEARNS,
    Defendant.

CIVIL ACTION 03-5541(JAP)

**JUDGMENT IN A CIVIL CASE**

    This action came before the Court for a trial by jury. The issues having been tried and the jury having rendered its verdict,

    IT IS ORDERED AND ADJUDGED that a NO CAUSE FOR ACTION in favor of defendant, SHAW PITTMAN, LLP AND CHRISTINE KEARNS AND AGAINST PLAINTIFF, PAULA BALZER, WITH PREJUDICE AND WITHOUT COSTS BE AND IS HEREBY ENTERED.

DATE 10/26/05        S/JOEL A. PISANO, U.S.D.J.